UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MUSAB ABUHAMDAN, on Behalf of Himself and Others Similarly Situated,<br><br>                   Plaintiff,<br><br>  vs.<br><br>BLYTH, INC., et al.,<br><br>                   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:12-cv-01597-MPS<br><br>CLASS ACTION<br><br>CERTIFICATE OF SERVICE<br><br><br>May 10, 2013 |

      I hereby certify that, on May 10, 2013, a copy of a Certificate of Good Standing for attorney David A. Rosenfeld was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

DATED: May 10, 2013                     ROBBINS GELLER RUDMAN<br>
                                                                &DOWD LLP<br>
                                           SAMUEL H. RUDMAN<br>
                                           DAVID A. ROSENFELD<br>
                                           CHRISTOPHER M. BARRETT

                                                */s/ David A. Rosenfeld*<br>
                                              DAVID A. ROSENFELD

                                         58 South Service Road, Suite 200<br>
                                         Melville, NY 11747<br>
                                         Telephone: 631/367-7100<br>
                                         631/367-1173 (fax)<br>
                                         drosenfeld@rgrdlaw.com

                                         *Lead Counsel for Plaintiff*