UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MUSAB ABUHAMDAN, on Behalf of Himself and Others Similarly Situated,<br><br>                      Plaintiff,<br><br>  vs.<br><br>BLYTH, INC., et al.,<br><br>                      Defendants. | Case No. 3:12-cv-01597-MPS<br><br><u>CLASS ACTION</u><br><br>CERTIFICATE OF SERVICE<br><br><br>May 10, 2013 |

      I hereby certify that, on May 10, 2013, a copy of a Certificate of Good Standing for attorney Christopher M. Barrett was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

DATED: May 10, 2013                    ROBBINS GELLER RUDMAN
                                                                                                                                                                              & DOWD LLP
                                                                  SAMUEL H. RUDMAN
                                                                  DAVID A. ROSENFELD
                                                                  CHRISTOPHER M. BARRETT

                                                                                                      */s/ Christopher M. Barrett*
                                                                      CHRISTOPHER M. BARRETT

                                                      58 South Service Road, Suite 200
                                                      Melville, NY 11747
                                                      Telephone: 631/367-7100
                                                      631/367-1173 (fax)
                                                      cbarrett@rgrdlaw.com

                                                      *Lead Counsel for Plaintiff*