UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MUSAB ABUHAMDAN, on Behalf of Himself and Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BLYTH, INC., ROBERT B. GOERGEN, ROBERT H. BARGHAUS, VISALUS HOLDINGS, LLC, FVA VENTURES, INC., and VISALUS, INC.,<br><br>Defendants. | No. 3:12-cv-01597-MPS<br><br><br><br><br><br><br><br>June 3, 2013 |

## NOTICE OF APPEARANCE

Please enter an appearance for the following attorney on behalf of defendants Blyth, Inc., Robert B. Goergen, Robert, H. Barghaus, ViSalus Holdings, LLC and ViSalus, Inc. in the above-captioned action:

        Andrew S. Dulberg (phv05890)
        WILMERHALE LLP
        60 State Street
        Boston, MA 02109
        Tel: (617) 526-6000
        Fax: (617) 526-5000
        E-mail: andrew.dulberg@wilmerhale.com

DEFENDANTS BLYTH, INC., ROBERT B. GOERGEN, ROBERT H. BARGHAUS, VISALUS HOLDINGS, LLC, AND VISALUS, INC.


By: */s/ Andrew S. Dulberg*
Andrew S. Dulberg (phv05890)
WILMERHALE LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
E-mail: andrew.dulberg@wilmerhale.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2013, a copy of foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system:

By: */s/ Andrew S. Dulberg*
Andrew S. Dulberg (phv05890)
WILMERHALE LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
E-mail: andrew.dulberg@wilmerhale.com