**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MUSAB ABUHAMDAN, on Behalf of Himself and Others Similarly Situated, | ) ) ) | No. 3:12-cv-01597-MPS |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| BLYTH, INC., ROBERT B.  GOERGEN, ROBERT H. BARGHAUS, VISALUS HOLDINGS, LLC, FVA VENTURES, INC., and VISALUS, INC., | ) ) ) ) | June 3, 2013 |
| Defendants. | ) ) | |

## NOTICE OF APPEARANCE

Please enter an appearance for the following attorney on behalf of defendants Blyth, Inc.,

Robert B. Goergen, Robert, H. Barghaus, ViSalus Holdings, LLC and ViSalus, Inc. in the above-

captioned action:

David Lesser (phv05066)
WILMERHALE LLP
7 World Trade Center
250 Greenwich Street
Tel: (212) 230-8800
Fax: (212) 230-8888
E-mail: david.lesser@wilmerhale.com

DEFENDANTS BLYTH, INC., ROBERT B.
GOERGEN, ROBERT H. BARGHAUS, VISALUS
HOLDINGS, LLC, AND VISALUS, INC.


By: */s/ David Lesser*
David Lesser (phv05066)
WILMERHALE LLP
7 World Trade Center
250 Greenwich Street
Tel: (212) 230-8800
Fax: (212) 230-8888
E-mail: david.lesser@wilmerhale.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2013, a copy of foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system:

By: */s/ David Lesser*
David Lesser (phv05066)
WILMERHALE LLP
7 World Trade Center
250 Greenwich Street
Tel: (212) 230-8800
Fax: (212) 230-8888
E-mail: david.lesser@wilmerhale.com