# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| MUSAB ABUHAMDAN, on Behalf of Himself and Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) No. 3:12-cv-01597-MPS ) ) |
| v. | ) **ORAL ARGUMENT** ) **REQUESTED** |
| BLYTH, INC., ROBERT B. GOERGEN, ROBERT H. BARGHAUS, VISALUS HOLDINGS, LLC, FVA VENTURES, INC., and VISALUS, INC., | ) ) ) ) ) |
| Defendants. | ) ) |

## DEFENDANTS BLYTH, INC., ROBERT B. GOERGEN, ROBERT H. BARGHAUS, VISALUS HOLDINGS, LLC, AND VISALUS, INC.'S MOTION TO DISMISS AMENDED COMPLAINT

Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b) and the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(b), Defendants Blyth, Inc., Robert B. Goergen, Robert H. Barghaus, ViSalus Holdings, LLC, and ViSalus Inc. hereby respectfully move to dismiss this putative class action in its entirety with prejudice on the grounds set forth in the accompanying Memorandum of Law in support hereof.[1]

WHEREFORE, the moving Defendants respectfully request that the Court dismiss this action in its entirety with prejudice.

---

[1] Although separately named as a defendant, FVA Ventures, Inc. no longer exists as a legal entity and was not served with process of this lawsuit. Even if FVA Ventures, Inc. were properly served, the arguments advanced in this motion and supporting memorandum would apply equally as to it.

Dated:  June 3, 2013

        Respectfully submitted,

        DEFENDANTS BLYTH, INC., ROBERT B. GOERGEN, ROBERT H. BARGHAUS, VISALUS HOLDINGS, LLC, AND VISALUS, INC.

        By their attorneys,

        /s/ Alfred U. Pavlis
        Alfred U. Pavlis (ct08603)
        Harold B. Finn III (ct08480)
        Tony Miodonka (ct28262)
        FINN DIXON & HERLING LLP
        177 Broad Street
        Stamford, Connecticut 06901
        Telephone: 203.325.5000
        Facsimile:  203.325.5001
        Email: apavlis@fdh.com


        /s/ Andrew S. Dulberg
        Andrea J. Robinson (ct07491)
        David Lesser (phv05066)
        Peter Spaeth (phv02541)
        Andrew S. Dulberg (phv05890)
        WILMER CUTLER PICKERING HALE AND DORR LLP
        60 State Street
        Boston, MA 02109
        Telephone: 617.526.6000
        Facsimile:  617.526.5000
        Email: andrea.robinson@wilmerhale.com
             david.lesser@wilmerhale.com
             peter.spaeth@wilmerhale.com
             andrew.dulberg@wilmerhale.com

## CERTIFICATION

I hereby certify that on June 3, 2013, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system:

/s/ Alfred U. Pavlis
Alfred U. Pavlis (ct08603)
FINN DIXON & HERLING LLP
177 Broad Street, 15th Floor
Stamford, CT  06901-2689
Tel: (203) 325-5000
Fax: (203) 325-5001
E-mail: apavlis@fdh.com