UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MUSAB ABUHAMDAN, on Behalf of Himself and Others Similarly Situated, <br><br>                      Plaintiff, <br><br>    v. <br><br>BLYTH, INC., ROBERT B. GOERGEN, ROBERT H. BARGHAUS, VISALUS HOLDINGS, LLC, FVA VENTURES, INC., and VISALUS, INC., <br><br>                      Defendants. | No. 3:12-cv-01597-MPS <br><br><br><br><br><br>June 3, 2013 |

NOTICE OF APPEARANCE

Please enter an appearance for the following attorney on behalf of defendants ViSalus Holdings, LLC and ViSalus, Inc. in the above-captioned action:

    Tony Miodonka (ct28262)
    FINN DIXON & HERLING LLP
    177 Broad Street, 15th Floor
    Stamford, CT  06901-2689
    Tel: (203) 325-5000
    Fax: (203) 325-5001
    E-mail: tmiodonka@fdh.com

    DEFENDANTS BLYTH, INC., ROBERT B. GOERGEN, ROBERT H. BARGHAUS, VISALUS HOLDINGS, LLC  AND VISALUS, INC.

    By: /s/ Tony Miodonka
        Tony Miodonka (ct28262)
        FINN DIXON & HERLING LLP
        177 Broad Street, 15th Floor
        Stamford, CT  06901-2689
        Tel: (203) 325-5000
        Fax: (203) 325-5001
        E-mail: tmiodonka@fdh.com

## CERTIFICATION

I hereby certify that on June 3, 2013, a copy of foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system:

/s/ Tony Miodonka
Tony Miodonka (ct28262)
FINN DIXON & HERLING LLP
177 Broad Street, 15th Floor
Stamford, CT  06901-2689
Tel: (203) 325-5000
Fax: (203) 325-5001
E-mail: tmiodonka@fdh.com

{01544999; 1; 0512-42 }