UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MUSAB ABUHAMDAN, on Behalf of Himself and Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BLYTH, INC., ROBERT B. GOERGEN, ROBERT H. BARGHAUS, VISALUS HOLDINGS, LLC, FVA VENTURES, INC., and VISALUS, INC.,<br><br>Defendants. | No. 3:12-cv-01597-MPS |

## DECLARATION OF DAVID SAPIR LESSER IN SUPPORT OF MOTION TO DISMISS THE AMENDED COMPLAINT

I, David Sapir Lesser, hereby declare under penalty of perjury as follows:

1. I am counsel to defendants Blyth, Inc., Robert B. Goergen, Robert H. Barghaus, ViSalus Holdings, LLC, and ViSalus, Inc. in the above-captioned matter and am competent to testify to the matters below. I submit this declaration in support of those defendants' Motion to Dismiss the Amended Complaint.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from the Form 10-K filed by Blyth, Inc. with the Securities and Exchange Commission for the fiscal year ending January 31, 2011.

3. Attached hereto as Exhibit B is a true and correct copy of excerpts from the Form 10-K filed by Blyth, Inc. with the Securities and Exchange Commission for the transition period ending December 31, 2011.

4. Attached hereto as Exhibit C is a true and correct copy of excerpts from the Form S-1 filed by FVA Ventures, Inc. with the Securities and Exchange Commission on August 16,

2012.

5. Attached hereto as Exhibit D is a true and correct copy of excerpts from the Form S-1/A filed by FVA Ventures, Inc. with the Securities and Exchange Commission on August 29, 2012.

6. Attached hereto as Exhibit E is a true and correct copy of a press release issued by Blyth, Inc. on March 14, 2012.

7. Attached hereto as Exhibit F is a true and correct copy of a press release issued by Blyth, Inc. on May 4, 2012.

8. Attached hereto as Exhibit G is a true and correct copy of a press release issued by Blyth, Inc. on August 3, 2012.

9. Attached hereto as Exhibit H is a true and correct copy of a press release issued by Blyth, Inc. on August 16, 2012.

10. Attached hereto as Exhibit I is a true and correct copy of excerpts from the Form 10-Q filed by Herbalife Ltd. with the Securities and Exchange Commission for the quarterly period ending March 31, 2012.

Dated: New York, New York  
June 3, 2013

/s/ *David Sapir Lesser*  
David Sapir Lesser  
Wilmer Cutler Pickering Hale and Dorr LLP  
7 World Trade Center  
250 Greenwich Street  
New York, NY 10007  
(212) 230-8800 (phone)  
(212) 230-8888 (fax)  
david.lesser@wilmerhale.com

*Counsel for Blyth, Inc., Robert B. Goergen, Robert H. Barghaus, ViSalus Holdings, LLC, and ViSalus, Inc.*

## CERTIFICATION

I hereby certify that on June 3, 2013, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system:

/s/ Tony Miodonka
Tony Miodonka (ct28262)
FINN DIXON & HERLING LLP
177 Broad Street, 15th Floor
Stamford, CT  06901-2689
Tel: (203) 325-5000
Fax: (203) 325-5001
E-mail: tmiodonka@fdh.com