# ViSalus, Inc.

340 E. BIG BEAVER RD.
SUITE 400
TROY, MI 48083
877–847–2587

# S–1/A

**AMENDMENT NO. 1 TO FORM S–1**
**Filed on 08/29/2012**
File Number 333–183335



LIVEDGAR® Information Provided by Thomson Reuters Westlaw, ©2011. All Rights Reserved.
800.669.1154
www.gsionline.com

As filed with the Securities and Exchange Commission on August 29, 2012

Registration No. 333–183335

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
*Washington, D.C. 20549*

**Amendment No. 1
to
FORM S–1
REGISTRATION STATEMENT
UNDER
THE SECURITIES ACT OF 1933**

# FVA VENTURES, INC.*
**(Exact name of registrant as specified in its charter)**

| **California*** | **5122** | **20–2385625** |
|---|---|---|
| (State or other jurisdiction of incorporation or organization) | (Primary Standard Industrial Classification Code Number) | (I.R.S. Employer Identification Number) |

**340 E. Big Beaver Rd., Suite 400
Troy, MI 48083
(877) 847–2587**
(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)

**John Tolmie
ViSalus, Inc.
340 E. Big Beaver Rd., Suite 400
Troy, MI 48083
(877) 847–2587**
(Name, address, including zip code, and telephone number, including area code, of agent for service)

*Copies to:*

| **David E. Shapiro** | **Michael S. Novins** | **Marc D. Jaffe** |
|---|---|---|
| Wachtell, Lipton, Rosen & Katz | Blyth, Inc. | Ian D. Schuman |
| 51 West 52nd Street | One East Weaver Street | Latham & Watkins LLP |
| New York, NY 10019 | Greenwich, CT 06831 | 885 Third Avenue |
| (212) 403–1000 (Telephone) | (203) 661–1926 (Telephone) | New York, NY 10022 |
| (212) 403–2000 (Facsimile) | (203) 552–9168 (Facsimile) | (212) 906–1200 (Telephone) |
|  |  | (212) 751–4864 (Facsimile) |

**Approximate date of commencement of proposed sale to the public:** as soon as practicable after the effective date of this registration statement.

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, check the following box.  ☐

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering.  ☐

If this Form is a post–effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering.  ☐

If this Form is a post–effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering.  ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non–accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b–2 of the Exchange Act:  ☐

| Large accelerated filer  ☐ | Accelerated filer  ☐ |
|---|---|
| Non–accelerated filer  ☒  (Do not check if a smaller reporting company) | Smaller reporting company  ☐ |

\*   Prior to the consummation of this offering, a reorganization will be effected and the Registrant will be a Nevada corporation named ViSalus, Inc.

The Registrant hereby amends this Registration Statement on such date or dates as may be necessary to delay its effective date until the Registrant shall file a further amendment which specifically states that this Registration Statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act of 1933 or until this Registration Statement shall become effective on such date as the Commission, acting pursuant to such Section 8(a), may determine.

Table of Contents

**TABLE OF CONTENTS**

| | |
|---|---:|
| PROSPECTUS SUMMARY | 1 |
| RISK FACTORS | 12 |
| DISCLOSURE REGARDING FORWARD–LOOKING STATEMENTS | 33 |
| USE OF PROCEEDS | 35 |
| DIVIDEND POLICY | 36 |
| CAPITALIZATION | 37 |
| DILUTION | 38 |
| SELECTED CONSOLIDATED FINANCIAL DATA | 40 |
| MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS | 42 |
| REORGANIZATION | 55 |
| BUSINESS | 56 |
| MANAGEMENT | 72 |
| EXECUTIVE COMPENSATION | 77 |
| PRINCIPAL AND SELLING STOCKHOLDERS | 84 |
| CERTAIN RELATIONSHIPS AND RELATED PARTY TRANSACTIONS | 86 |
| DESCRIPTION OF CAPITAL STOCK | 90 |
| SHARES ELIGIBLE FOR FUTURE SALE | 96 |
| MATERIAL U.S. FEDERAL INCOME TAX CONSEQUENCES TO NON–U.S. HOLDERS OF CLASS A COMMON STOCK | 98 |
| UNDERWRITING | 101 |
| LEGAL MATTERS | 108 |
| EXPERTS | 108 |
| WHERE YOU CAN FIND MORE INFORMATION | 108 |
| INDEX TO CONSOLIDATED FINANCIAL STATEMENTS | F–1 |

**You should rely only on the information contained in this prospectus or in any free writing prospectus we may authorize to be delivered to you. We have not, and the selling stockholders and the underwriters have not, authorized anyone to provide you with different or additional information. If anyone provides you with different or additional information, you should not rely on it. We are not, and the selling stockholders and the underwriters are not, making an offer of these securities in any jurisdiction where the offer is not permitted. The information contained in this prospectus is accurate only as of the date of this prospectus. Our business, financial condition, results of operations and prospects may have changed since that date.**

For investors outside the United States: None of we, the selling stockholders or the underwriters have done anything that would permit this offering or possession or distribution of this prospectus in any jurisdiction where action for that purpose is required, other than in the United States. You are required to inform yourselves about and to observe any restrictions relating to this offering and the distribution of this prospectus.

Table of Contents

## MANAGEMENT'S DISCUSSION AND ANALYSIS OF
## FINANCIAL CONDITION AND RESULTS OF OPERATIONS

*The following discussion should be read in conjunction with "Selected Consolidated Financial Data" and our consolidated financial statements and notes thereto included elsewhere in this prospectus. In addition to historical information, the following discussion contains forward–looking statements that reflect our plans, estimates and beliefs. Our actual results could differ materially from those discussed in the forward–looking statements. Factors that could cause or contribute to those differences include those discussed below and elsewhere in the prospectus, particularly in "Risk Factors."*

### Overview

We are one of the fastest growing direct–to–consumer, personal health product companies in North America, offering a suite of branded weight–management products, nutritional supplements and energy drinks to customers in the United States and Canada. We market our products through the Body by Vi 90–Day Challenge, which we refer to as the "Challenge." The Challenge is a platform that focuses on helping our customers achieve their health and fitness goals over a 90–day period. We market the Challenge through our independent promoter sales force using a network marketing model, which is a form of direct selling.

We were founded in March 2005 by Ryan Blair, Nick Sarnicola and Blake Mallen. Our vision was and remains offering individual promoters and customers products and services to improve their life, health and prosperity every day.

### Factors Affecting Our Business

We believe we have developed a simple yet effective model for direct selling, enabling us to monitor the health of the business using the following key non–financial metrics:

- number of individual promoters; and
- number of customers.

*Individual Promoters and Customers*

We define an individual promoter as a person eligible to receive a commission within the ViSalus promoter compensation plan on the measurement date. An individual promoter is qualified to receive a commission each month in which he or she has generated at least $125 of "auto ship" sales either through purchases made by customers he or she has referred or through his or her own purchases or sales.

We define a customer as anyone who has purchased products from us at least once in the previous 12 months other than any purchaser who qualifies as an individual promoter on the measurement date.

Our individual promoters are independent contractors and earn commissions based on sales of our products. These purchases include those made by customers our individual promoters have referred, as well as purchases of our products by individual promoters in their down–line sales organizations and customers referred by such individual promoters.

After a customer is referred to us by one of our individual promoters, we can establish a direct servicing relationship with the customer, fulfilling orders and delivering products directly to him or her. Unlike in a traditional direct selling business model, our individual promoters are not required to purchase any of our products for their personal use or for resale. If an individual promoter chooses to purchase our products, they receive their product at the wholesale price, which generally ranges from 17% to 20% off the retail price of the product.

Although it is the individual promoter's role to recruit new promoters and secure new customers, we make it simple to service these new people because we sell directly to individual promoters and customers via our "auto ship" program. The auto ship program processes standing orders of our products on the same day each month. We fulfill and ship orders directly to the individual promoter or customer, who pays us directly, primarily through the use of credit cards. Participation in the auto ship program provides our customers with preferred pricing that is equal to the wholesale pricing provided to our independent promoter sales force and provides for a reliable delivery schedule of

**Table of Contents**

their monthly order. As a result, the individual promoter is not required to buy and resell our products to build his or her business, which we believe is a differentiating factor from many of our competitors.

As with most direct selling companies, an individual promoter's success in achieving his or her health and fitness goals through the use of our products, and earning income by selling our products, tends to increase the likelihood that he or she will remain active as an individual promoter for a longer period of time, thereby helping us grow the size of our independent promoter sales force. Our historical results have shown that there is a direct correlation between our net sales and the size of our independent promoter sales force.

Since 2010, we have leveraged the Challenge and our economic model to expand our independent promoter sales force and customers. As of June 30, 2012, we had 114,000 individual promoters, as compared to 29,000 individual promoters as of June 30, 2011. As of June 30, 2012, we had 1,258,000 customers, as compared to 208,000 customers as of June 30, 2011. For the six months ended June 30, 2012, our net sales were $327.3 million, an increase of approximately 450% over $59.3 million in net sales for the six months ended June 30, 2011 primarily due to the increase in our independent promoter sales force and customer base.

|  | AS OF DECEMBER 31, | | AS OF JUNE 30, | |
|---|---|---|---|---|
|  | 2011 | 2010 | 2012 | 2011 |
| Individual Promoters | 59,000 | 9,000 | 114,000 | 29,000 |
| Customers | 543,000 | 78,000 | 1,258,000 | 208,000 |

*Other Trends*

We believe that increasing obesity rates will continue to drive demand for weight–management, nutritional and wellness–related products and, therefore, the number of our individual promoters and customers. According to January 2012 data from the *National Health and Nutrition Examination Survey (NHANES) 2009–2010*, 35.7% of U.S. adults, and almost 17% of youth, were obese in 2009–2010, which marked no improvement from the prevalence of obesity in 2007–2008. According to a November 2010 survey released in April 2011 by the *Calorie Control Council*, more than eight out of ten American adults surveyed—or an estimated 186 million American adults—are "weight conscious," with 54% of those surveyed wanting to reduce their weight. We believe that other regions of the world also demonstrate the characteristics that make the United States an attractive market for personal health and wellness–related product providers, and we are focused on expanding our business outside of our existing markets.

We are also focused on strengthening and improving our supply chain, distribution and operation networks. We utilize an outsourced business model, contracting with leading suppliers to manufacture and distribute our products. Oversight of production and ensuring that our suppliers meet rigorous quality standards are key concerns and efforts of management.

**Components of Results of Operations**

Net sales are primarily derived from the sale of our products and Vi–Net subscriptions to our base of customers and individual promoters.

The Challenge is the vehicle through which we market our products. The Challenge encourages the use of our products in convenience packages, which we refer to as "Challenge kits." These Challenge kits provide a convenient means for customers and individual promoters to purchase our products at a slight discount. In addition, we believe the success of the Challenge has, in part, been due to our "three for free" program, which has helped drive the increase in our customer and individual promoter counts. The "three for free" program enables individuals who refer three people that purchase a Challenge kit within a given month to receive a free Challenge kit in the following month. This program encourages customers and individual promoters to involve their friends and family, as well as individuals from any alumni or other civic or social organizations to which they belong, in the ViSalus auto ship program, in which they select one of five Challenge kits to receive on a monthly basis, thereby driving the sales of our products.

**Table of Contents**

Our Vi–Net subscriptions represent the monthly subscriptions sold to individual promoters for our Vi–Net technology platform, which includes the Vi–Net Mobile application suite. Individuals become part of our independent promoter sales force by purchasing our "basic promoter system" for $49, and these sales are included in promoter enrollment. In addition, net sales include shipping and handling fees, event registration fees and sales of our marketing sales tools.

Cost of sales includes the cost of our products and marketing tools sold, the cost of Challenge kits earned in our "three for free" program and the cost to maintain and enhance the Vi–Net technology platform. In addition, the cost of transporting our products to and from our warehouse locations and the cost to store our products and fulfill our sales orders are included in cost of sales.

Commissions represent compensation paid to our individual promoters based on purchases of our products. These purchases include those made by customers our individual promoters have referred, as well as purchases of our products by individual promoters in their down–line organizations and customers referred by such individual promoters. While most commissions are earned directly from individual sales, there are two bonuses, which we refer to as the "ambassador bonus" and the "ViSalus Bimmer Club bonus," that are earned based on an individual promoter achieving a certain sales rank. Individual promoter sales ranks are determined monthly and are based on the amount of sales that occur in an individual promoter's down–line sales organization. The ambassador bonus is paid to individual promoters who achieve one of five ambassador ranks in a given month (the amount of the bonus is based on the sublevel of ambassador rank obtained, as well as the length of the period of time for which such sublevel was maintained). The ViSalus Bimmer Club bonus is available to individual promoters who, among other things, achieve and maintain the rank of regional director. An individual promoter who (1) qualifies for the ViSalus Bimmer Club, (2) leases or purchases a qualified BMW and (3) properly informs us that he or she has leased or purchased a BMW may qualify for up to $600 in reimbursement towards their car payment per month, subject to certain conditions, such as maintaining the rank of regional director. Individual promoters who qualify for the ViSalus Bimmer Club also have the option to receive a $300 monthly cash payment should they choose not to lease or purchase a BMW.

Selling, general and administrative expenses include all other costs required to support our business. Included in these costs are the payroll and benefits of our employees, the cost to process credit card transactions (which is the primary means by which we consummate a sale), the cost of our various sales events held throughout the year to train, recognize and reward our independent promoter sales force and other sales and marketing expenses incurred to increase our sales. We plan to hire more personnel to support the growth of our business. Additionally, we expect to incur increased expenses associated with becoming a public company, which currently are estimated to be $3 million per year.

Table of Contents

**Results of Operations**

The following table presents our results of operations for the periods indicated. The period–to–period comparison of results is not necessarily indicative of results for future periods.

| (in thousands) | YEARS ENDED DECEMBER 31, | | SIX MONTHS ENDED JUNE 30, | |
| --- | --- | --- | --- | --- |
| | 2011 | 2010 | 2012 | 2011 |
| | | | (unaudited) | |
| Net sales | $230,186 | $33,665 | $327,296 | $59,347 |
| Cost of sales | 65,603 | 9,261 | 95,254 | 16,353 |
| Gross profit | 164,583 | 24,404 | 232,042 | 42,994 |
| Commissions | 99,909 | 14,956 | 141,713 | 26,464 |
| Selling, general and administrative expenses | 29,456 | 7,813 | 35,313 | 8,792 |
| Equity incentive compensation | 27,213 | 1,854 | 12,451 | 8,219 |
| Operating profit (loss) | 8,005 | (219) | 42,565 | (481) |
| Other expenses: | | | | |
| Interest expense, net | 268 | 1,122 | (3) | 275 |
| Foreign exchange and other | 53 | 587 | (87) | — |
| Total other expenses | 321 | 1,709 | (90) | 275 |
| Earnings (loss) before income tax expense (benefit) | 7,684 | (1,928) | 42,655 | (756) |
| Income tax expense (benefit) | 9,870 | 41 | 18,198 | (2,588) |
| Net (loss) earnings | $ (2,186) | $(1,969) | $ 24,457 | $ 1,832 |

*Six months ended June 30, 2012 compared to six months ended June 30, 2011*
*Net sales*

Net sales for the six months ended June 30, 2012 were $327.3 million, an increase of approximately 450% over $59.3 million in net sales for the six months ended June 30, 2011.

The increase in net sales was primarily the result of the increase in both customer and individual promoter count. Our customer count as of June 30, 2012 was approximately 1,258,000, an approximate 500% increase as compared to approximately 208,000 customers as of June 30, 2011. For the six months ended June 30, 2012, our direct sales to customers accounted for approximately 66% of our net sales as compared to approximately 60% for the six months ended June 30, 2011. The remaining 34% and 40% of sales, respectively, reflect sales to our promoters, which include products they resell to their retail customers. For the six months ended June 30, 2012 approximately 139,000 new promoters enrolled in our independent promoter sales force, compared to approximately 33,000 for the six months ended June 30, 2011. These new enrollees combined with those who existed at the start of the period less those who no longer qualified as a promoter at the end of the period resulted in approximately 114,000 individual promoters as of June 30, 2012, an approximate 300% increase as compared to approximately 29,000 individual promoters as of June 30, 2011.

Challenge kits represented approximately 62% of our net sales for the six months ended June 30, 2012, as compared to 57% of our net sales for the six months ended June 30, 2011.

Our net sales include sales made to customers and individual promoters in both the United States and Canada, with the location determined based on shipping address. For the six months ended June 30, 2012, net sales in the United States were $237.3 million and net sales in Canada were $90.0 million. Net sales for the six months ended June 30, 2011 in the United States and in Canada were $46.0 million and $13.3 million, respectively. The increase of 416% in the United States and 577% in Canada was primarily due to our growing customer and individual promoter counts.

The following chart shows our sales by category for the six months ended June 30, 2012 and 2011. We group our products into three categories: weight management, nutritional supplements and energy drinks. The sales presented in

45

**Table of Contents**

the table below include the sale of individual products in these categories as well as the value of products included in our various Challenge kits and product kits purchased by some of our newly–enrolled individual promoters.

Weight management, nutritional supplements and energy drinks have all experienced significant growth for the six months ended June 30, 2012 as compared to the six months ended June 30, 2011. Shipping and handling fees have increased due to the above noted increases as well as the increase in Challenge kits earned in our "three for free" program. The associated costs are included in cost of sales.

| (in thousands) | SIX MONTHS ENDED JUNE 30, 2012 | SIX MONTHS ENDED JUNE 30, 2011 | % VARIANCE 2012 VS. 2011 |
|---|---:|---:|---:|
| Weight management | $ 222,076 | $ 38,490 | 477% |
| Nutritional supplements | 28,533 | 7,473 | 282% |
| Energy drinks | 18,580 | 3,659 | 408% |
| Shipping and handling | 35,102 | 5,100 | 588% |
| Vi–Net subscriptions | 12,128 | 1,878 | 546% |
| Promoter enrollment | 6,545 | 1,484 | 341% |
| Other | 4,332 | 1,263 | 243% |
| Net sales | $ 327,296 | $ 59,347 | 451% |

*Cost of sales*
Cost of sales was $95.3 million for the six months ended June 30, 2012, as compared to $16.4 million for the six months ended June 30, 2011. Cost of sales as a percentage of net sales was 29.1% for the six months ended June 30, 2012, as compared to 27.6% for the six months ended June 30, 2011. This increase was primarily due to a shift in sales mix and a higher proportion of free Challenge kits earned by customers and individual promoters.

*Gross profit*
Gross profit increased $189.0 million, or 440%, to $232.0 million for the six months ended June 30, 2012 from $43.0 million for the six months ended June 30, 2011. This increase was primarily due to the increase in net sales. As a percentage of sales, gross profit for the six months ended June 30, 2012 was 70.9%, as compared to 72.4 % for the six months ended June 30, 2011. This decrease was due to a shift in sales mix and a higher proportion of free Challenge kits earned by customers and individual promoters.

*Operating expenses*
Commissions increased to $141.7 million for the six months ended June 30, 2012, as compared with $26.5 million for the six months ended June 30, 2011. This increase is directly attributable to the increase in our net sales. Commissions were 43.3% of net sales and 50.5% of commissionable sales for the six months ended June 30, 2012, as compared to 44.6% of net sales and 51.5% of commissionable sales for the six months ended June 30, 2011. The decline is due to the proportionate decrease in rank–based individual promoter bonuses, including the ViSalus Bimmer Club and ambassador bonuses.

Selling, general and administrative expenses for the six months ended June 30, 2012 were $35.3 million, as compared to $8.8 million for the six months ended June 30, 2011. This increase of $26.5 million was primarily related to the growth of our business and includes $11.2 million due to salaries and benefits for the increased number of employees, $4.9 million attributable to increased credit card processing fees due to the higher sales volume, $2.9 million due to an increase in promoter events and recognition for our growing individual promoter base and $1.7 million due to an increase in promoting and developing new local markets. Included in selling, general and administrative expenses are costs for management services provided by Blyth including tax, legal and human resources. These costs totaled $0.4 million for the six months ended June 30, 2012, as compared to $0.3 million for the six months ended June 30, 2011.

*Equity incentive compensation*
Equity incentive compensation expense increased to $12.5 million for the six months ended June 30, 2012 from $8.2 million for the six months ended June 30, 2011. This expense is primarily related to the remaining outstanding

**Table of Contents**

rights in the ViSalus Holdings, LLC Equity Incentive Plan, which we refer to as the "EIP," as well as common units received by a former employee, both of which represent fair value obligations that are updated on a quarterly basis. In addition, as a result of Blyth's 2–for–1 stock split effected on June 15, 2012, our founders were issued shares of Blyth common stock as a stock dividend that did not include restrictions on resale, resulting in an equity incentive expense for ViSalus of approximately $2.0 million, which was recorded in equity incentive compensation in the consolidated statements of earnings (loss) during the six months ended June 30, 2012. Accordingly, the increase in expense of $4.3 million for the six months ended June 30, 2012 is primarily due to a higher fair value associated with these awards due to our increased earnings outlook and the expense related to the aforementioned Blyth stock. In accordance with the Blyth purchase agreement, we currently expect that all outstanding rights in the EIP, as well as the common units held by a former employee, will be acquired in 2013 under the Blyth purchase agreement and that the EIP will terminate.

*Operating profit*

Operating profit was $42.6 million, or 13.0% of net sales, for the six months ended June 30, 2012, as compared to a loss of $0.5 million or (0.8)% of net sales, for the six months ended June 30, 2011. This improvement was driven by the significant increase in our sales.

Due to the fact that the obligations giving rise to equity incentive compensation expense are expected to terminate by April 2013, we also use an alternative measure of ongoing performance, which is operating profit excluding this equity incentive compensation expense. We believe operating profit excluding equity incentive compensation expense reflects our ongoing performance in a manner that allows for meaningful period to period comparisons and analysis of trends. Operating profit excluding equity incentive compensation expense was $55.0 million or 16.8% of net sales for the six months ended June 30, 2012, as compared to $7.7 million or 13.0% of net sales for the six months ended June 30, 2011.

*Net interest expense*

We had no interest expense for the six months ended June 30, 2012. For the six months ended June 30, 2011, we had interest expense of $0.3 million. The elimination of interest expense was due to the repayment of all loans and borrowings under our credit facility, which is detailed below under "—Liquidity and Capital Resources."

*Foreign exchange and other*

Currency fluctuations had no material impact for the six months ended June 30, 2012 and 2011.

*Income taxes*

Our effective tax rates for the six months ended June 30, 2012 and 2011 were 43% and 342%, respectively, which resulted in a provision for income tax expense of $18.2 million and benefit of $2.6 million, respectively. The effective tax rate for the six months ended June 30, 2012 was impacted because no tax benefit was realized on certain equity incentive compensation expenses. The effective tax rate for the six months ended June 30, 2011 was a result of the utilization of a net operating loss carry forward for which a valuation allowance had been previously provided.

**Year ended December 31, 2011 compared to year ended December 31, 2010**

*Net sales*

Net sales for the year ended December 31, 2011 were $230.2 million, an increase of 584% from $33.7 million in net sales for the year ended December 31, 2010. The increase in net sales was driven by the increase in customers and individual promoters who participated in the Challenge. The number of customers increased approximately 600% to approximately 543,000 at December 31, 2011, from approximately 78,000 at December 31, 2010. For the year ended December 31, 2011, our direct sales to customers accounted for approximately 61% of our net sales as compared to approximately 57% for the year ended December 31, 2010. The remaining 39% and 43% of sales, respectively, reflect sales to our promoters, which include products they resell to their retail customers. For the year ended December 31, 2011 approximately 117,000 new promoters enrolled in our independent promoter sales force, compared to approximately 21,000 for the year ended December 31, 2010. These new enrollees combined with those who existed at the start of the period less those who no longer qualified as a promoter resulted in approximately 59,000 promoters at December 31, 2011, an approximately 600% increase from approximately 9,000 at December 31, 2010.

Challenge kits represented approximately 59% of our net sales for the year ended December 31, 2011, as compared to 52% for the year ended December 31, 2010.

Table of Contents

**SIGNATURES**

Pursuant to the requirements of the Securities Act of 1933, the registrant has duly caused this registration statement to be signed on its behalf by the undersigned, thereunto duly authorized in the City of Troy, State of Michigan, on August 29, 2012.

FVA VENTURES, INC.

By: /s/ RYAN BLAIR
    Ryan Blair
    Chief Executive Officer

Pursuant to the requirements of the Securities Act, this registration statement has been signed by the following persons in the capacities and on the dates indicated.

| NAME | TITLE | DATE |
|---|---|---|
| /s/ RYAN BLAIR<br>Ryan Blair | Chief Executive Officer and Director (principal executive officer) | August 29, 2012 |
| *<br>John Tolmie | Chief Financial Officer (principal financial officer and principal accounting officer) | August 29, 2012 |
| *<br>Todd A. Goergen | Chief Strategy Officer and Director | August 29, 2012 |
| *<br>Robert B. Goergen | Director | August 29, 2012 |
| *<br>Robert B. Goergen, Jr. | Director | August 29, 2012 |

*By: /s/ RYAN BLAIR
Name: Ryan Blair, *Attorney–in–Fact*

II–3