

COMPANY PROFILE    INVESTOR RELATIONS    OUR BRANDS    ONLINE RETAILERS    CAREERS



##### NEWS RELEASES

### Blyth, Inc. Announces 2012 Earnings Guidance 39% Above Prior Year

GREENWICH, Conn., March 14, 2012 /PRNewswire-FirstCall/ -- Blyth, Inc. (NYSE: BTH), a direct to consumer company and leading designer and marketer of candles, accessories for the home, and health and wellness products sold through the direct selling and direct marketing channels, today commented on its outlook for the year ending December 31, 2012.  As previously announced, the Company changed its fiscal year end from January 31 to December 31.

Earnings per share is expected to be $4.50 - $4.75 for the year ending December 31, 2012 and include charges of $0.25 for the ViSalus equity incentive plan and $0.25 for restructuring related to PartyLite's North American operations.  Excluding these charges, normalized earnings per share is anticipated to be in the range of $5.00 to $5.25, which compares to an unaudited, non-GAAP management estimate of $3.69 for the comparable prior year 12 month period ending December 31, 2011.  The forecasted 39% increase in 2012 earnings per share versus the comparable prior 12 month period is due to growth in ViSalus.

Robert B. Goergen, Blyth's Chairman of the Board and Chief Executive Officer, commented, "We are planning for continued strong growth at ViSalus due to the strength of the products and programs that drove the momentum experienced in 2011 and their extensions in 2012.  A sizeable portion of our planned capital expenditures is specifically designed to support the ViSalus Founders, management team and Promoters as they build ViSalus into a lifestyle brand and a household name."

Mr. Goergen continued, "We are also continuing to make important investments in PartyLite, particularly in technology and in programs designed to build and expand Leadership and Consultant earnings, which will support improvement in our North American operating results.  Additional resources are being invested in Europe to support our strong existing markets, as well as the growth of our newer markets; Italy, Poland, the Czech Republic and Slovakia."

Cash flow from operations for 2012 is expected to be approximately $75 million and capital spending is anticipated to be approximately $18 million.

Blyth, Inc., headquartered in Greenwich, CT, USA, is a direct to consumer business focused on direct selling and direct marketing channels.  We design and market home fragrance products and decorative accessories, as well as weight management products, nutritional supplements and energy drink mixes.  These products are sold through Direct Selling from the home party plan method and network marketing. The Company also designs and markets household convenience items and personalized gifts through the catalog/internet channel, as well as tabletop lighting and chafing fuel for the foodservice trade.  The Company manufactures most of its candles and chafing fuel and sources nearly all of its other products.  Its products are sold direct to the consumer under the PartyLite®, Two Sisters Gourmet® by PartyLite and ViSalus Sciences® brands, to consumers in the catalog/Internet channel under the As We Change®, Miles Kimball®, Exposures®, Walter Drake® and Easy Comforts®, and to the Foodservice industry under the Sterno®, Ambria® and HandyFuel® brands.  In Europe, Blyth's products are also sold under the PartyLite brand.

Blyth, Inc. may be found on the Internet at www.blyth.com.

This press release contains "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995.  Forward-looking statements include statements concerning plans, objectives, goals, strategies, future events or performance and underlying assumptions and other statements that are other than statements of historical facts.  Actual results could differ materially due to various factors, including the slowing of the United States or European economies or retail environments, the risk that we will be unable to maintain our historic growth rate, our ability to respond appropriately to changes in product demand, the risk that we will be unable to integrate the businesses that we acquire into our existing operations, the risks (including foreign currency fluctuations, economic and

political instability, transportation delays, difficulty in maintaining quality control, trade and foreign tax laws and others) associated with international sales and foreign sourced products, risks associated with our ability to recruit new independent sales consultants, our dependence on key corporate management personnel, risks associated with the sourcing of raw materials for our products, competition in terms of price and new product introductions, risks associated with our information technology systems (including, susceptibility to outages due to fire, floods, power loss, telecommunications failures, computer viruses, break-ins and similar events) and other factors described in this press release and in the Company's most recently filed Annual Report on Form 10-K.

SOURCE Blyth, Inc.

Print Email RSS



© 2012 Blyth, Inc.    Privacy Policy  |  Terms of Use  |  Code of Conduct  |  Contact Us

Blyth, Inc. Brands:  As We Change  |  Easy Comforts  |  Exposures  |  Incontinence Supplies
Miles Kimball  |  PartyLite  |  ViSalus Sciences  |  Walkers Direct  |  Walter Drake