

COMPANY PROFILE   INVESTOR RELATIONS   OUR BRANDS   ONLINE RETAILERS   CAREERS



##### NEWS RELEASES

### Blyth, Inc. Announces Filing of Registration Statement for Initial Public Offering of ViSalus

**Blyth to Continue to Own More Than 50% of ViSalus**

GREENWICH, Conn., Aug. 16, 2012 /PRNewswire/ -- Blyth, Inc. (NYSE: BTH) today announced that ViSalus has filed a registration statement on Form S-1 with the U.S. Securities and Exchange Commission for a potential initial public offering ("IPO") of its Class A common stock.  The registration statement has been filed by FVA Ventures, Inc., which will be renamed ViSalus, Inc. in connection with the IPO.  ViSalus is a direct-to-consumer, personal health product company offering a suite of branded weight-management products, nutritional supplements and energy drinks to customers in the United States and Canada through a network marketing model, which is a form of direct selling.

Following the IPO, Blyth will continue to own over 50% of ViSalus' common stock.  The number of shares to be offered and the price range for the offering have not yet been determined.  A portion of the shares to be offered in the IPO will be issued and sold by ViSalus, and a portion will be sold by certain stockholders of ViSalus.

A registration statement relating to these securities has been filed with the Securities and Exchange Commission (the "SEC"), and is available on the SEC's website at www.sec.gov, but has not yet become effective.  These securities may not be sold nor may offers to buy these securities be accepted before the time the registration statement becomes effective.  This press release shall not constitute an offer to sell or a solicitation of an offer to buy these securities, nor shall there be any sale of these securities in any state or jurisdiction in which such an offer, solicitation or sale would be unlawful prior to registration or qualification under the securities laws of any such state or jurisdiction.

Jefferies & Company, Inc. will act as book-running manager for the offering.  The initial public offering will be made only by means of a written prospectus meeting the requirements of Section 10 of the Securities Act of 1933. When available, a copy of the prospectus may be obtained from Jefferies & Company, Inc., Attention: Equity Syndicate Prospectus Department, 520 Madison Avenue, 12th Floor, New York, NY 10022, by email at Prospectus_Department@Jefferies.com, or by telephone at +1-877-547-6340.

Blyth, Inc., headquartered in Greenwich, CT, USA, is a direct to consumer business focused on direct selling and direct marketing channels.  We design and market home fragrance products and decorative accessories, as well as weight management products, nutritional supplements and energy drink mixes.  These products are sold through Direct Selling from the home party plan method and network marketing. The Company also designs and markets household convenience items and personalized gifts through the catalog/internet channel, as well as tabletop lighting and chafing fuel for the foodservice trade.  The Company manufactures most of its candles and chafing fuel and sources nearly all of its other products.  Its products are sold direct to the consumer under the PartyLite®, Two Sisters Gourmet by PartyLite® and ViSalus Sciences® brands, to consumers in the catalog/Internet channel under the As We Change®, Miles Kimball®, Exposures®, Walter Drake® and Easy Comforts®, and to the Foodservice industry under the Sterno®, Ambria® and HandyFuel® brands.  In Europe, Blyth's products are also sold under the PartyLite brand.

This press release contains "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. These "forward-looking statements" are based on current plans and expectations and involve a number of risks and uncertainties that could cause actual results and events to vary materially, including but not limited to, the possibility that the initial public offering will not be completed in the anticipated time frame or at all, including as a result of regulatory, market or other issues; the potential for the disruption of either Blyth's or ViSalus' businesses as a result of the initial public offering; and the other risks described in the "Risk Factors" section of the registration statement filed today by FVA Ventures, Inc. and the information included in subsequent filings by FVA Ventures, and the "Risk Factors" section of Blyth's Annual Report on Form 10-K for the year ended December 31, 2011, as updated by subsequent Quarterly Reports on Form 10-Q. Blyth expressly disclaims any obligation or undertaking to release publicly any updates or revisions to such statements to reflect any change in its expectations with regard thereto or any changes in

the events, conditions or circumstances on which any such statement is based. Blyth expressly disclaims any obligation or undertaking to release publicly any updates or revisions to such statements to reflect any change in its expectations with regard thereto or any changes in the events, conditions or circumstances on which any such statement is based.

SOURCE Blyth, Inc.

Print Email RSS

© 2012 BLYTH, INC.    PRIVACY POLICY   |   TERMS OF USE   |   CODE OF CONDUCT   |   CONTACT US

Blyth, Inc. Brands:   As We Change  |  Easy Comforts  |  Exposures  |  Incontinence Supplies
Miles Kimball  |  PartyLite  |  ViSalus Sciences  |  Walkers Direct  |  Walter Drake