## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MUSAB ABUHAMDAN, on Behalf of Himself and Others Similarly Situated, </br></br>        Plaintiff, </br></br> v. </br></br> BLYTH, INC., ROBERT B. GOERGEN, ROBERT H. BARGHAUS, VISALUS HOLDINGS, LLC, FVA VENTURES, INC., and VISALUS, INC., </br></br>        Defendants. | No. 3:12-cv-01597-MPS </br></br></br> June 4, 2013 |

### NOTICE OF APPEARANCE

Please enter an appearance for the following attorney on behalf of defendants ViSalus Holdings, LLC and ViSalus, Inc. in the above-captioned action:

>Harold B. Finn III (ct08480)
>FINN DIXON & HERLING LLP
>177 Broad Street, 15th Floor
>Stamford, CT  06901-2689
>Tel: (203) 325-5000
>Fax: (203) 325-5001
>E-mail: hfinn@fdh.com

>DEFENDANTS BLYTH, INC., ROBERT B. GOERGEN, ROBERT H. BARGHAUS, VISALUS HOLDINGS, LLC AND VISALUS, INC.
>
>By: /s/ Harold B. Finn III
>    Harold B. Finn III (ct08480)
>    FINN DIXON & HERLING LLP
>    177 Broad Street, 15th Floor
>    Stamford, CT  06901-2689
>    Tel: (203) 325-5000
>    Fax: (203) 325-5001
>    E-mail: hfinn@fdh.com

{01649921; 1; 0512-42 }

CERTIFICATION

      I hereby certify that on June 4, 2013, a copy of foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system:

      /s/ Harold B. Finn III
      Harold B. Finn III (ct08480)
      FINN DIXON & HERLING LLP
      177 Broad Street, 15th Floor
      Stamford, CT  06901-2689
      Tel: (203) 325-5000
      Fax: (203) 325-5001
      E-mail: hfinn@fdh.com