UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MUSAB ABUHAMDAN, on Behalf of Himself and Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) No. 3:12-cv-01597-MPS ) ) |
| v. | ) ) |
| BLYTH, INC., ROBERT B. GOERGEN, ROBERT H. BARGHAUS, VISALUS HOLDINGS, LLC, VISALUS, INC., and NICK SARNICOLA, | ) ) ) ) ) ) |
| Defendants. | ) ) |

**JOINT MOTION TO ENTER BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

Pursuant to D. Conn. L. Civ. R. 7(b), the parties to the above-captioned action, by and through their undersigned counsel, hereby respectfully move this Court for an entry of a briefing schedule on Defendants' anticipated motion to dismiss the Second Amended Complaint ("SAC"). In support of this motion, the parties submit the following:

1. Lead Plaintiff filed the SAC in the above-referenced matter on June 24, 2013 (Dkt. No. 66) pursuant to this Court's Order of June 4, 2013 (Dkt. No. 62);

2. Defendants presently intend to file a motion to dismiss the SAC;

3. The parties had previously agreed to, and the Court so-ordered, a briefing schedule on Defendants' motion to dismiss Plaintiff's First Amended Complaint;

4. No briefing schedule has been entered regarding Plaintiff's SAC, such that the timing of any responsive pleading is currently governed by Federal Rule of Civil Procedure 15;

5. Due to certain scheduling conflicts including planned summer vacations of counsel, the Jewish high holidays, and previously scheduled events in other matters, the parties jointly request additional time for briefing on Defendants' motion to dismiss the SAC.

WHEREFORE, for the foregoing reasons, the parties respectfully request that the Court enter the following briefing schedule: Defendants' time to respond to the SAC, including the filing of any motion to dismiss, shall be extended to August 2, 2013; Lead Plaintiff's opposition to Defendants' motion to dismiss, if any, shall be due on September 12, 2013; and Defendants' reply brief on their motion to dismiss, if any, shall be due on October 3, 2013.

Dated: June 28, 2013

Respectfully submitted,

FOR DEFENDANTS BLYTH, INC., ROBERT B. GOERGEN, ROBERT H. BARGHAUS, VISALUS HOLDINGS, LLC AND VISALUS, INC.

/s/ Alfred U. Pavlis
Alfred U. Pavlis (ct08603)
Harold B. Finn III (ct08480)
Tony Miodonka (ct28262)
FINN DIXON & HERLING LLP
177 Broad Street
Stamford, Connecticut 06901
Telephone: 203.325.5000
Facsimile: 203.325.5001
Email: apavlis@fdh.com

        /s/ Andrew S. Dulberg
Andrea J. Robinson (ct07491)
David Lesser (phv05066)
Peter Spaeth (phv02541)
Andrew S. Dulberg (phv05890)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: 617.526.6000
Facsimile: 617.526.5000
Email: andrea.robinson@wilmerhale.com
       david.lesser@wilmerhale.com
       peter.spaeth@wilmerhale.com
       andrew.dulberg@wilmerhale.com


FOR LEAD PLAINTIFF BEAVER COUNTY EMPLOYEES RETIREMENT FUND

        */s/ Jonathan P. Whitcomb/ ct 15014*
Jonathan P. Whitcomb
DISERIO MARTIN O'CONNOR & CASTIGLIONI LLP
One Atlantic Street
Stamford, CT 06901
Telephone: 203.358.0800
Facsimile: 203.348.2321

Samuel H. Rudman
David A. Rosenfeld
Christopher M. Barrett
ROBBINS GELLER RUDMAN & DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631.367.7100
Facsimile: 631.367.1173

Alfred G. Yates  
LAW OFFICE OF ALFRED G. YATES, JR., P.C.  
519 Allegheny Building  
429 Forbes Avenue  
Pittsburgh, PA 15219  
Telephone: 412.391.5164  
Facsimile: 412.471.1033

## CERTIFICATION

I hereby certify that on June 28, 2013, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system:

/s/ Alfred U. Pavlis
Alfred U. Pavlis (ct08603)
FINN DIXON & HERLING LLP
177 Broad Street, 15th Floor
Stamford, CT 06901-2689
Tel: (203) 325-5000
Fax: (203) 325-5001
E-mail: apavlis@fdh.com