# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| MUSAB ABUHAMDAN and BEAVER COUNTY EMPLOYEES RETIREMENT FUND, on Behalf of Themselves and Others Similarly Situated, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| BLYTH, INC., ROBERT B. GOERGEN, ROBERT H. BARGHAUS, VISALUS HOLDINGS, LLC, VISALUS, INC., and NICK SARNICOLA, | ) ) ) ) ) |
| Defendants. | ) |

No. 3:12-cv-01597-MPS

July 29, 2013

## NOTICE OF APPEARANCE

Please enter an appearance for the following attorney on behalf of defendant Nick Sarnicola in the above-captioned action:

>David Lesser (phv05066)
>WILMERHALE LLP
>7 World Trade Center
>250 Greenwich Street
>Tel: (212) 230-8800
>Fax: (212) 230-8888
>E-mail: david.lesser@wilmerhale.com

DEFENDANTS BLYTH, INC., ROBERT B. GOERGEN, ROBERT H. BARGHAUS, VISALUS HOLDINGS, LLC, VISALUS, INC., AND NICK SARNICOLA

By: */s/ David Lesser*
David Lesser (phv05066)
WILMERHALE LLP
7 World Trade Center
250 Greenwich Street
Tel: (212) 230-8800
Fax: (212) 230-8888
E-mail: david.lesser@wilmerhale.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 29, 2013, a copy of foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system:

                                          By: */s/ David Lesser*
                                          David Lesser (phv05066)
                                          WILMERHALE LLP
                                          7 World Trade Center
                                          250 Greenwich Street
                                          Tel: (212) 230-8800
                                          Fax: (212) 230-8888
                                          E-mail: david.lesser@wilmerhale.com