UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MUSAB ABUHAMDAN and BEAVER COUNTY EMPLOYEES RETIREMENT FUND, on Behalf of Themselves and Others Similarly Situated, | ) ) ) ) ) | No. 3:12-cv-01597-MPS |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| BLYTH, INC., ROBERT B. GOERGEN, ROBERT H. BARGHAUS, VISALUS HOLDINGS, LLC, VISALUS, INC., and NICK SARNICOLA, | ) ) ) ) ) | July 29, 2013 |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

Please enter an appearance for the following attorney on behalf of defendant Nick Sarnicola in the above-captioned action:

>Andrew S. Dulberg (phv05890)
>WILMERHALE LLP
>60 State Street
>Boston, MA 02109
>Tel: (617) 526-6000
>Fax: (617) 526-5000
>E-mail: andrew.dulberg@wilmerhale.com

DEFENDANTS BLYTH, INC., ROBERT B. GOERGEN, ROBERT H. BARGHAUS, VISALUS HOLDINGS, LLC, VISALUS, INC., AND NICK SARNICOLA

By: */s/ Andrew S. Dulberg*
Andrew S. Dulberg (phv05890)
WILMERHALE LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
E-mail: andrew.dulberg@wilmerhale.com

# CERTIFICATE OF SERVICE

    I hereby certify that on July 29, 2013, a copy of foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system:

                                            By: */s/ Andrew S. Dulberg*
                                            Andrew S. Dulberg (phv05890)
                                            WILMERHALE LLP
                                            60 State Street
                                            Boston, MA 02109
                                            Tel: (617) 526-6000
                                            Fax: (617) 526-5000
                                            E-mail: andrew.dulberg@wilmerhale.com