UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MUSAB ABUHAMDAN and BEAVER COUNTY EMPLOYEES RETIREMENT FUND, on Behalf of Themselves and Others Similarly Situated, | ) ) ) ) | No. 3:12-cv-01597-MPS |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| BLYTH, INC., ROBERT B. GOERGEN, ROBERT H. BARGHAUS, VISALUS HOLDINGS, LLC, VISALUS, INC., and NICK SARNICOLA, | ) ) ) ) ) | July 30, 2013 |
| Defendants. | ) | |

NOTICE OF APPEARANCE

Please enter an appearance for the following attorney on behalf of defendant Nick Sarnicola in the above-captioned action:

>Tony Miodonka (ct28262)
>FINN DIXON & HERLING LLP
>177 Broad Street, 15th Floor
>Stamford, CT  06901-2689
>Tel: (203) 325-5000
>Fax: (203) 325-5001
>E-mail: tmiodonka@fdh.com

{01680751; 1; 0512-42 }

DEFENDANTS BLYTH, INC., ROBERT B.
GOERGEN, ROBERT H. BARGHAUS, VISALUS
HOLDINGS, LLC  AND VISALUS, INC., AND
NICK SARNICOLA

By: /s/ Tony Miodonka
    Tony Miodonka (ct28262)
    FINN DIXON & HERLING LLP
    177 Broad Street, 15th Floor
    Stamford, CT  06901-2689
    Tel: (203) 325-5000
    Fax: (203) 325-5001
    E-mail: tmiodonka@fdh.com

## CERTIFICATION

    I hereby certify that on July 30, 2013, a copy of foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system:

        /s/ Tony Miodonka
        Tony Miodonka (ct28262)
        FINN DIXON & HERLING LLP
        177 Broad Street, 15th Floor
        Stamford, CT  06901-2689
        Tel: (203) 325-5000
        Fax: (203) 325-5001
        E-mail: tmiodonka@fdh.com