# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| MUSAB ABUHAMDAN and BEAVER COUNTY EMPLOYEES RETIREMENT FUND, on Behalf of Themselves and Others Similarly Situated,<br><br>           Plaintiffs,<br><br>v.<br><br>BLYTH, INC., ROBERT B. GOERGEN, ROBERT H. BARGHAUS, VISALUS HOLDINGS, LLC, VISALUS, INC., and NICK SARNICOLA,<br><br>           Defendants. | No. 3:12-cv-01597-MPS<br><br>**Oral Argument Requested** |

## DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT

Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b) and the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(b), Defendants Blyth, Inc., Robert B. Goergen, Robert H. Barghaus, ViSalus Holdings, LLC, ViSalus Inc., and Nick Sarnicola hereby respectfully move to dismiss this putative class action in its entirety with prejudice on the grounds set forth in the accompanying Memorandum of Law in support hereof.

WHEREFORE, the moving Defendants respectfully request that the Court dismiss this action in its entirety with prejudice.

Dated: August 2, 2013                    Respectfully submitted,

DEFENDANTS BLYTH, INC., ROBERT B. GOERGEN, ROBERT H. BARGHAUS, VISALUS HOLDINGS, LLC, VISALUS INC., AND NICK SARNICOLA

By their attorneys,


*/s/ Alfred Pavlis*_____
Alfred U. Pavlis (ct08603)
Harold B. Finn III (ct08480)
Tony Miodonka (ct28262)
FINN DIXON & HERLING LLP
177 Broad Street
Stamford, Connecticut 06901
Telephone: 203.325.5000
Facsimile: 203.325.5001
Email: apavlis@fdh.com

*/s/ Andrew S. Dulberg*
Andrea J. Robinson (ct07491)
Peter A. Spaeth (phv02541)
Andrew S. Dulberg (phv05890)
WILMER CUTLER PICKERING HALE & DORR LLP
60 State Street
Boston, MA 02109
617 526-6000 (T)
617 526-5000 (F)
andrea.robinson@wilmerhale.com
peter.spaeth@wilmerhale.com
andrew.dulberg@wilmerhale.com

David Lesser (phv05066)
WILMER CUTLER PICKERING HALE & DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
212 230-8800 (T)
212 230 8888 (F)
david.lesser@wilmerhale.com

## **CERTIFICATION**

I hereby certify that on August 2, 2013, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system:

*/s/ Alfred U. Pavlis*
Alfred U. Pavlis (ct08603)
FINN DIXON & HERLING LLP
177 Broad Street, 15th Floor
Stamford, CT 06901-2689
Tel: (203) 325-5000
Fax: (203) 325-5001
E-mail: apavlis@fdh.com