UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MUSAB ABUHAMDAN and BEAVER COUNTY EMPLOYEES RETIREMENT FUND, on Behalf of Themselves and Others Similarly Situated,<br><br>      Plaintiff,<br><br>vs.<br><br>BLYTH, INC., ROBERT B. GOERGEN, ROBERT H. BARGHAUS, VISALUS HOLDINGS, LLC, VISALUS, INC., and NICK SARNICOLA,<br><br>      Defendants. | Case No. 3:12-cv-01597-MPS<br><br>September 5, 2013 |

## **CONSENT MOTION TO EXCEED PAGE LIMIT**

Pursuant to D. Conn. L. Civ. R. 7, Lead Plaintiff, by and through its counsel, respectfully requests that Lead Plaintiff be granted leave to file a 52-page memorandum of law in opposition to Defendants' motion to dismiss. In support of this motion, Lead Plaintiff submits the following:

1. Pursuant to Local Rule 7, except by permission of the Court, memoranda shall not exceeds 40 pages.

2. On June 3, 2013, Defendants filed a motion to dismiss the First Amended Complaint (Dkt. 58), which was supported by a 40-page memorandum of law (Dkt. 59).

3. In response to this motion, in a June 4, 2013 order, the Court notified Lead Plaintiff that it could file a Second Amended Complaint, and that if it does, Defendants may renew their motion and may incorporate by reference any prior briefing (Dkt. 62).

4. Lead Plaintiff filed the Second Amended Complaint on June 24, 2013, and in light of this filing, the Court denied Defendants first motion to dismiss as moot.

5. On August 2, 2013, Defendants filed a 15-page memorandum of law in support of their motion to dismiss the Second Amended Complaint, which at the Court's invitation incorporated by reference their prior 40-page memorandum of law in support of the motion to dismiss the First Amended Complaint.

6. Lead Plaintiff's opposition is due on September 12, 2013.

7. To ensure that Lead Plaintiff has ample page space to oppose and address the arguments raised by Defendants in their two memoranda, Lead Plaintiff seeks permission to file a 52-page memorandum of law in opposition to Defendants motion to dismiss the Second Amended Complaint.

8. Defendants have consented to this request.

WHEREFORE, Lead Plaintiff respectfully requests that it be granted leave to file a 52-page memorandum of law in opposition to Defendants' motion to dismiss.

DATED: September 5, 2013

DISERIO MARTIN O'CONNOR &
  CASTIGLIONI LLP
JONATHAN P. WHITCOMB
JONATHAN J. KELSON

/s/ Jonathan P. Whitcomb
Jonathan P. Whitcomb / ct15014

One Atlantic Street
Stamford, CT 06901
Telephone: 203/358-0800
203/348-2321 (fax)

ROBBINS GELLER RUDMAN
    & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
CHRISTOPHER M. BARRETT
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

# CERTIFICATE OF SERVICE

       I hereby certify that on September 5, 2013, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

<u>/s/ JONATHAN P. WHITCOMB</u>
JONATHAN P. WHITCOMB (CT15014)
DISERIO MARTIN O'CONNOR & CASTIGLIONI LLP
One Atlantic Street
Stamford, CT 06901
Telephone: 203/358-0800
203/348-2321 (fax)
jwhitcomb@dmoc.com