UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MUSAB ABUHAMDAN and BEAVER COUNTY EMPLOYEES RETIREMENT FUND, on Behalf of Themselves and Others Similarly Situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 3:12-cv-01597-MPS |
| v. | ) ) | |
| BLYTH, INC., ROBERT B. GOERGEN, ROBERT H. BARGHAUS, VISALUS HOLDINGS, LLC, VISALUS, INC., and NICK SARNICOLA, | ) ) ) ) ) | |
| Defendants. | ) | |

## **CONSENT MOTION TO EXCEED PAGE LIMIT**

Pursuant to Rules 7(a)(2) and 7(d) of the District of Connecticut Local Rules of Civil Procedure (the "Local Rules"), Defendants, by and through their counsel, respectfully request leave to file a 15-page reply memorandum of law in support of their motion to dismiss. In support of this motion, Defendants state the following:

1. Pursuant to Local Rule 7, except by permission of the Court, reply memoranda shall not exceed 10 pages.

2. On August 2, 2013, Defendants filed a 15-page memorandum of law in support of their motion to dismiss the Second Amended Complaint, which at the Court's invitation incorporated by reference their prior 40-page memorandum of law in support of the motion to dismiss the First Amended Complaint.

3. Defendants previously consented to Lead Plaintiff's motion to file a memorandum of law in opposition to the motion to dismiss of up to 52 pages, which motion the Court granted on September 6, 2013.

4. On September 12, 2013, Lead Plaintiff filed a 47-page memorandum of law in opposition to the motion to dismiss.

5. Defendants' reply memorandum of law is due on October 3, 2013.

6. To ensure that Defendants have sufficient page space to oppose and address the arguments raised by Lead Plaintiff, Defendants seek permission to file a reply memorandum of law of up to 15 pages.

7. Lead Plaintiff has consented to this request.

WHEREFORE, Defendants respectfully request leave to file a reply memorandum of law in support of their motion to dismiss of up to 15 pages.

Dated:  September 25, 2013               Respectfully submitted,

                                         DEFENDANTS BLYTH, INC., ROBERT B.
                                         GOERGEN, ROBERT H. BARGHAUS, VISALUS
                                         HOLDINGS, LLC, VISALUS INC., AND NICK
                                         SARNICOLA

                                         By their attorneys,


                                         */s/ Alfred U. Pavlis*
                                         Alfred U. Pavlis (ct08603)
                                         Harold B. Finn III (ct08480)
                                         Tony Miodonka (ct28262)
                                         FINN DIXON & HERLING LLP
                                         177 Broad Street
                                         Stamford, Connecticut 06901
                                         Telephone:  203.325.5034
                                         Facsimile:  203.325.5001
                                         Email:  apavlis@fdh.com

                                         */s/ Andrea J. Robinson*
                                         Andrea J. Robinson (ct07491)
                                         Peter A. Spaeth (phv02541)
                                         Andrew S. Dulberg (phv05890)
                                         WILMER CUTLER PICKERING HALE & DORR LLP

60 State Street
Boston, MA 02109
617 526-6000 (T)
617 526-5000 (F)
andrea.robinson@wilmerhale.com
peter.spaeth@wilmerhale.com
andrew.dulberg@wilmerhale.com

David Lesser (phv05066)
WILMER CUTLER PICKERING HALE & DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
212 230-8800 (T)
212 230 8888 (F)
david.lesser@wilmerhale.com

## CERTIFICATION

I hereby certify that on September 25, 2013, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system:

> */s/ Andrew S. Dulberg*
> Andrew S. Dulberg (phv05890)
> WILMER CUTLER PICKERING HALE & DORR LLP
> 60 State Street
> Boston, MA 02109
> 617 526-6000 (T)
> 617 526-5000 (F)
> andrew.dulberg@wilmerhale.com