UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MUSAB ABUHAMDAN and
BEVER COUNTY EMPLOYEES
RETIREMENT FUND, *on behalf of themselves and others similarly situated*

CIVIL ACTION NO.: 3:12CV1597(MPS)

Vs.

BLYTH, INC.
ROBERT B. GOERGEN
ROBERT H. BARGHAUS
VISALUS HOLDINGS, LLC
VISALUS, INC.
NICK SARNICOLA

FILED
2014 MAR 31 P 3:42
US DISTRICT COURT
HARTFORD CT

## JUDGMENT

This action having come on for consideration of the Defendants' Motion to Dismiss before the Honorable Michael P. Shea, United States District Judge, and

The Court having considered the motion and the full record of the case including applicable principles of law, and having filed its ruling on March 31, 2014 granting the motion; it is hereby

ORDERED and ADJUDGED that judgment is entered in favor of the defendants dismissing the case.

Dated at Hartford, Connecticut, this 31st day of March, 2014.

ROBIN D. TABORA, Clerk

By /s/ Devorah Johnson
Devorah Johnson
Deputy Clerk

EOD 3/31/14